# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AMERICAN FINANCIAL
RESOURCES, INC.,

    Plaintiff,

v.                                              Case No.   3:23-cv-766-MMH-MCR

UNIVERSAL MORTGAGE AND
FINANCE, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulated Dismissal With Prejudice (Dkt. No. 26; Stipulation) filed on July 19, 2024.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

    1.     This case is **DISMISSED with prejudice**.

    2.     Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of July, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record